## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:     Samuel David Wood and
           Tammy jean Wood,

                                      Chapter 7
                                      Bky Case No. 08-42112

                Debtors.

## APPLICATION TO REOPEN CASE

1. Applicant is the Trustee in this case.

2. That a Report of No Asset filed on June 2, 2008.

3. That since that time Applicant has received information regarding a possible inheritance that was not listed, and therefore was not administered in this case.

WHEREFORE, Applicant requests an Order reopening this case so that the Trustee may administer this asset.

Dated: October 3, 2008

                                        /e/ Terri A. Running
                                        Terri A. Running, Trustee
                                        P.O. Box 7035
                                        St. Paul, Minnesota 55107
                                        (651) 699-6980
                                        (651) 292-1234 *Facsimile*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:     Samuel David Wood and
           Tammy jean Wood,

                                                           Chapter 7
                                                           Bky Case No. 08-42112
                        Debtors.

## UNSWORN DECLARATION FOR PROOF OF SERVICE

I, Terri A. Running, declare under penalty of perjury that on the date indicated below, I served the following:

(1) Application to Reopen Case;
(2) Unsworn Declaration for Proof of Service; and
(3) Proposed Order

upon each of the entities named below, by electronic service or by mailing to each of them a copy thereof by enclosing same in an envelope with first class mail postage prepaid, and deposing same in the post office at St. Paul, Minnesota, addressed to each of them as follows:

| | |
|---|---|
| United States Trustee | Robert S. Thyen, Esq. |
| 1015 U.S. Courthouse | 606 25th Ave S |
| 300 South Forth Street | Suite 110 |
| Minneapolis, MN 55415 | St. Cloud, MN 56301 |
| | |
| Samuel Wood | Tammy Wood |
| 903 3rd St SE | 907 Ripley St E |
| Willmar, MN 56201 | Litchfield, MN 55355 |

Bremer Bank, N.A.
c/o Bradley J. Halberstadt, Esq.
2277 Hwy 36 W, Room 100
Roseville, MN 55113

and I declare under penalty of perjury that the foregoing is true and correct.


Date:   October 3, 2008             */e/ Terri A. Running*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re: Samuel David Wood and
Tammy jean Wood,

                              Chapter 7
                              Bky Case No. 08-42112

                Debtors.

## ORDER REOPENING CASE

An Application to reopen this closed bankruptcy case has been filed and appears to show cause for such reopening under Bankruptcy Rule 515 and U.S.C. § 350(b).

**IT IS HEREBY ORDERED**:

    1.    That the above-titled bankruptcy case is reopened;

    2.    That payment of filing fee for such reopening is deferred;

    3.    That the United States Trustee shall serve as Trustee in this reopened case, or shall appoint a trustee, if appropriate, under 28 U.S.C. § 586;

    4.    That upon qualification of a trustee in this reopened case, the trustee or other party in interest may commence further appropriate proceedings in this case; and

    5.    That the Clerk of this Court shall mail a copy of this Order to the applicant, and a copy of this Order and the Application to the United States Trustee.

Dated: _____

                                                              Robert J. Kressel
                                                              United States Bankruptcy Judge